# EXHIBIT 1

# EXHIBIT 1

ROBB EVANS & ASSOCIATES LLC
Attn: Mr. Brick Kane
11450 Sheldon Street
Sun Valley, CA 91352-1121

====================================================================

FOR PROFESSIONAL SERVICES RENDERED through September 30, 2011
RE: CHRISTIAN STANLEY, INC.


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|------|------|------|
| *------------------------TIME AND FEE SUMMARY-------------------------* | | | |
| *----------TIMEKEEPER----------* RATE | HOURS | | FEES |
| G.O. Caris | $531.00 | 4.90 | $2,601.90 |
| L.A. Hawes | $441.00 | 2.80 | $1,234.80 |
| R.G. Kennedy | $216.00 | 0.50 | $108.00 |
| R.M. Gee | $211.50 | 0.20 | $42.30 |
| TOTALS | | 8.40 | $3,987.00 |


TOTAL FEES:                                           $  3,987.00

CHARGES:

     Delivery                             115.12
     Document reproduction                 60.90
     Long Distance Charge                   0.33
     PACER SEARCHES                         0.32

TOTAL CHARGES:                                        $    176.67

T O T A L   T H I S   S T A T E M E N T:              $  4,163.67


7

ROBB EVANS & ASSOCIATES LLC                    October 18, 2011          PAGE    2

DESCRIPTION OF SERVICES

| | | | |
|---|---|---|---|
| 09/08/11 | G.O. Caris | ANALYZED NOTICE OF NON-RECEIPT OF OPPOSITION TO PRELIMINARY INJUNCTION APPLICATION. | .10 |

SUBTOTAL FOR
Asset Analysis and Recovery                                                      .10

| | | | |
|---|---|---|---|
| 09/12/11 | G.O. Caris | ANALYZED E-MAIL FROM LEE ▮▮▮▮ ▮▮▮▮▮ | .10 |
| 09/12/11 | G.O. Caris | RECEIVED TELEPHONE CALL FROM KANE REGARDING ▮▮▮▮▮▮ | .10 |
| 09/13/11 | G.O. Caris | TELEPHONED KANE WITH JOHNSON REGARDING ▮▮▮▮▮ | .20 |
| 09/13/11 | G.O. Caris | TELEPHONED BENTLEY REGARDING REPOSSESSION OF VEHICLES BY GILMORE BANK (DETAILED MESSAGE LEFT). | .10 |
| 09/13/11 | G.O. Caris | RECEIVED TELEPHONE CALL FROM KANE AND LEE REGARDING ▮▮▮▮▮ ▮▮▮▮ | .10 |
| 09/13/11 | G.O. Caris | ANALYZED E-MAIL FROM LEE ▮▮▮▮▮ | .20 |
| 09/13/11 | G.O. Caris | ANALYZED TEMPORARY RESTRAINING ORDER IN PREPARATION FOR DISCUSSIONS WITH COUNSEL FOR GILMORE BANK AND THE GERMAN LAW FIRM. | .20 |
| 09/13/11 | G.O. Caris | PREPARED AND SENT E-MAIL TO GLASS REGARDING RETURN OF FUNDS. | .20 |
| 09/13/11 | G.O. Caris | RECEIVED TELEPHONE CALL FROM SITZER (COUNSEL FOR GILMORE BANK) REGARDING VEHICLES. | .20 |
| 09/14/11 | G.O. Caris | EXCHANGED E-MAILS WITH SITZER REGARDING VEHICLES. | .10 |
| 09/14/11 | G.O. Caris | ANALYZED E-MAIL FROM BENTLEY REGARDING VEHICLES. | .10 |
| 09/15/11 | G.O. Caris | TELEPHONED KANE REGARDING ▮▮▮▮▮ | .10 |

ROBB EVANS & ASSOCIATES LLC ███████████          October 18, 2011          PAGE   3
██████████████████████████████████

| 09/23/11 | G.O. Caris | TELEPHONED JOHNSON REGARDING ████████ ██████████ | .10 |
| 09/23/11 | G.O. Caris | ANALYZED E-MAIL FROM JOHNSON AND BENTLEY; EXCHANGED E-MAILS WITH JOHNSON REGARDING █████████ | .20 |
| 09/26/11 | G.O. Caris | ANALYZED E-MAIL BETWEEN JOHNSON AND BENTLEY. | .10 |
| 09/30/11 | G.O. Caris | PARTICIPATED IN MULTIPLE TELEPHONE CALLS WITH SITZER REGARDING VEHICLES TO BE SOLD BY GILMORE BANK. | .10 |
| 09/30/11 | G.O. Caris | EXCHANGED E-MAILS WITH JOHNSON REGARDING █████████ | .10 |

SUBTOTAL FOR 1                                                                    2.30
Case Administration

| 09/13/11 | G.O. Caris | REVIEWED AND REVISED MULTIPLE DRAFTS OF INITIAL REPORT. | .50 |
| 09/13/11 | G.O. Caris | PARTICIPATED IN MULTIPLE TELEPHONE CALLS WITH KANE REGARDING █████████ | .70 |
| 09/13/11 | G.O. Caris | ANALYZED EXHIBITS AND REVISED EXHIBITS FOR INITIAL REPORT. | .30 |
| 09/13/11 | L.A. Hawes | PREPARED NOTICE OF ERRATA AND OF RE-FILING OF RECEIVER'S REPORT AND UPDATED PROOF OF SERVICE. | .20 |
| 09/13/11 | G.O. Caris | PREPARED COVER PLEADING FOR RECEIVER'S REPORT. | .10 |
| 09/13/11 | G.O. Caris | PREPARED FOR SERVICE AND FILING OF INITIAL REPORT AND ANALYZED PROBLEMS REGARDING ELECTRONIC FILING OF SAME. | .30 |
| 09/14/11 | L.A. Hawes | REVIEWED, REVISED AND EXECUTED NOTICE OF APPEARANCE. | .10 |
| 09/15/11 | L.A. Hawes | ANALYZED PRELIMINARY INJUNCTION ORDER ISSUED AND NEED TO CHECK ON WHETHER ASSETS ARE LOCATED OUTSIDE DISTRICT. | .10 |
| 09/15/11 | L.A. Hawes | PARTICIPATED IN TELEPHONE CONFERENCE WITH B. KANE ████████ ██████████████████████████ | .10 |
| 09/19/11 | R.G. Kennedy | REVIEW DOCKET ON PACER TO DETERMINE IF PRELIMINARY INJUNCTION ORDER HAS YET BEEN FILED AND CONFERRED WITH COUNSEL REGARDING █████████ | .30 |

ROBB EVANS & ASSOCIATES LLC                OCTOBER 18, 2011          PAGE   4

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| 09/19/11 | R.G. Kennedy | ORGANIZED COPIES OF PRELIMINARY INJUNCTION ORDER RECEIVED TODAY AND PREPARED E-MAIL TO MR. CARIS AND MS. HAWES REGARDING ▓▓▓▓▓▓▓ | .20 |
| 09/19/11 | L.A. Hawes | ANALYZED MINUTE ORDER ENTERED ON PRELIMINARY INJUNCTION ORDER AND NEED TO CONTINUE TO SEARCH FOR PRELIMINARY INJUNCTION ORDER ON LINE, AND REVIEWED COURT'S CASE MANAGEMENT ORDER AND RULE ON COURTESY COPIES. | .20 |
| 09/19/11 | L.A. Hawes | ANALYZED ENTERED PRELIMINARY INJUNCTION ORDER. | .20 |
| 09/21/11 | G.O. Caris | REVIEWED AND REVISED LETTER TO INVESTORS. | .20 |
| 09/21/11 | G.O. Caris | TELEPHONED KANE REGARDING ▓▓▓▓▓▓▓▓ | .20 |
| 09/21/11 | R.M. Gee | REVIEWED AND RESPONDED TO EMAIL FROM G. CARIS REGARDING ▓▓▓▓▓ | .20 |
| 09/22/11 | G.O. Caris | ANALYZED E-MAIL FROM BENTLEY REGARDING VEHICLES. | .10 |
| 09/22/11 | L.A. Hawes | RECEIVED TELEPHONE CALL FROM B. HUBEN, ATTORNEY FOR WESTRIDGE MALLS, REGARDING TWO LOCATIONS FORMERLY OCCUPIED BY C. STANLEY AND DISPOSITION OF CART/LEASED PREMISES AND ANY PROPERTY. | .20 |
| 09/23/11 | L.A. Hawes | ANALYZED E-MAIL FROM B. KANE REGARDING ▓▓▓▓▓▓▓ | .10 |
| 09/23/11 | L.A. Hawes | ANALYZED E-MAIL FROM B. HUBEN, COUNSEL FOR WESTFIELD, WITH LEASES FOR CARTS AND PREMISES AT TWO MALLS. | .10 |
| 09/23/11 | L.A. Hawes | PREPARED AND SENT E-MAIL TO B. KANE ▓▓▓▓▓▓▓▓▓▓▓ | .10 |
| 09/26/11 | L.A. Hawes | PREPARED AND SENT E-MAIL TO V. MILLER REGARDING ▓▓▓▓▓▓▓▓▓ | .10 |
| 09/27/11 | L.A. Hawes | ANALYZED E-MAIL FROM V. MILLER ▓▓▓▓▓ | .10 |

ROBB EVANS & ASSOCIATES LLC            October 18, 2011           PAGE   5

| | | | |
|---|---|---|---|
| 09/27/11 | L.A. Hawes | ANALYZED RECEIVER'S OBLIGATIONS WITH RESPECT TO PERSONAL PROPERTY AND RECORDS IN LEASED PREMISES. | .10 |
| 09/27/11 | L.A. Hawes | ANALYZED E-MAIL FROM B. HUBEN REGARDING STATUS OF INQUIRY ON LEASED PREMISES. | .10 |
| 09/28/11 | G.O. Caris | PREPARED AND SENT E-MAIL TO MILLER REGARDING ▮▮▮▮▮ | .10 |
| 09/28/11 | L.A. Hawes | ANALYZED E-MAIL FROM V. MILLER ▮▮▮▮▮▮ | .10 |
| 09/28/11 | L.A. Hawes | ANALYZED RECEIVER'S REPORT AND KIOSK AND OTHER LEASE ISSUES. | .20 |
| 09/28/11 | L.A. Hawes | EXCHANGED E-MAILS WITH B. HUBEN REGARDING LEASES OF KIOSKS AND ROSEVILLE STORE. | .10 |
| 09/28/11 | L.A. Hawes | BRIEFLY REVIEWED AND ANALYZED LEASE FOR ROSEVILLE STORE LOCATION, DEPOSIT AND RENTAL TERMS AND AMOUNT. | .20 |
| 09/28/11 | L.A. Hawes | PREPARED AND SENT E-MAIL TO V. MILLER REGARDING ▮▮▮▮▮▮ | .10 |
| 09/30/11 | L.A. Hawes | ANALYZED MULTIPLE E-MAILS FROM B. HUBEN, REPRESENTING LANDLORD CONCERNING WESTFIELD MALL LOCATIONS, REGARDING CARTS, REJECTION OF LEASES AND PERMISSION BY RECEIVER FOR MONA SALEM TO REMOVE PERSONAL PROPERTY. | .20 |
| 09/30/11 | L.A. Hawes | PREPARED AND SENT E-MAILS TO V. MILLER AND FOLLOW UP E-MAIL TO B. KANE AND C. CALLAHAN REGARDING ▮▮▮▮▮▮ | .10 |

SUBTOTAL FOR 4                                          6.00

                                    (       )
    G.O. Caris                   .10   531.00    $53.10

ROBB EVANS & ASSOCIATES LLC              October 18, 2011        PAGE   6

| | | | |
|---|---|---|---|
| TOTAL HOURS AND FEE | .10 | | $53.10 |
| Asset Analysis and Recovery | | ( 1 ) | |
| G.O. Caris | 2.30 | 531.00 | $1,221.30 |
| TOTAL HOURS AND FEE | 2.30 | | $1,221.30 |
| Case Administration | | ( 4 ) | |
| G.O. Caris | 2.50 | 531.00 | $1,327.50 |
| L.A. Hawes | 2.80 | 441.00 | $1,234.80 |
| R.G. Kennedy | .50 | 216.00 | $108.00 |
| R.M. Gee | .20 | 211.50 | $42.30 |
| TOTAL HOURS AND FEE | 6.00 | | $2,712.60 |

12

ROBB EVANS & ASSOCIATES LLC
Attn: Mr. Brick Kane
11450 Sheldon Street
Sun Valley, CA 91352-1121



FOR PROFESSIONAL SERVICES RENDERED through October 31, 2011
RE: CHRISTIAN STANLEY, INC.

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------|-----------------|-------------|
| *-----------------------TIME AND FEE SUMMARY--------------------------------* | | | |
| *----------TIMEKEEPER----------* RATE | HOURS | | FEES |
| G.O. Caris | $531.00 | 0.30 | $159.30 |
| L.A. Hawes | $441.00 | 0.40 | $176.40 |
| TOTALS | | 0.70 | $335.70 |

TOTAL FEES:                                          $    335.70

CHARGES:

    Long Distance Charge                0.89

TOTAL CHARGES:                                       $      .89

T O T A L   T H I S   S T A T E M E N T :            $    336.59

13

ROBB EVANS & ASSOCIATES LLC                November 15, 2011          PAGE    2

DESCRIPTION OF SERVICES

Asset Analysis and Recovery
    10/06/11  G.O. Caris        RECEIVED TELEPHONE CALL FROM SITZER        .20
                                REGARDING STIPULATION AS TO
                                VEHICLES; TELEPHONED JOHNSON
                                REGARDING ███████████████

SUBTOTAL FOR 1                                                            .20
Case Administration
    10/05/11  L.A. Hawes        PREPARED AND SENT E-MAIL TO B. KANE        .10
                                AND C. CALLAHAN █████████████

    10/06/11  L.A. Hawes        ANALYZED E-MAIL FROM B. HUBEN,            .10
                                COUNSEL FOR LANDLORD, REGARDING
                                RESPONSE TO INQUIRY ON PROPERTY AT
                                LEASED PREMISES.
    10/06/11  L.A. Hawes        TELEPHONED B. KANE REGARDING             .10
                                ████████████████████████████

    10/06/11  L.A. Hawes        PREPARED AND SENT E-MAIL TO B.            .10
                                HUBEN, COUNSEL FOR LANDLORD,
                                REGARDING ABANDONMENT OF PERSONAL
                                PROPERTY ON LEASED PREMISES AND
                                DISPOSITION THEREOF.
    10/17/11  G.O. Caris        ANALYZED MOTION TO DISMISS.               .10

SUBTOTAL FOR 4                                                            .50

Asset Analysis and Recovery                      ( 1   )
    G.O. Caris                      .20    531.00    $106.20

        TOTAL HOURS AND FEE         .20               $106.20

Case Administration                              ( 4   )
    G.O. Caris                      .10    531.00     $53.10
    L.A. Hawes                      .40    441.00    $176.40

ROBB EVANS & ASSOCIATES LLC                November 15, 2011          PAGE    3

TOTAL HOURS AND FEE                .50              $229.50

ROBB EVANS & ASSOCIATES LLC
Attn: Mr. Brick Kane
11450 Sheldon Street
Sun Valley, CA 91352-1121



```
================================================================
```

FOR PROFESSIONAL SERVICES RENDERED through November 30, 2011
RE: CHRISTIAN STANLEY, INC.

\* \* \* \* \* \* \* \* \* \* \* SUMMARY OF ACTIVITY \* \* \* \* \* \* \* \* \* \* \* \* \*

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|------|------|------|
| *------------------------TIME AND FEE SUMMARY------------------------------* | | | |
| *----------TIMEKEEPER----------*   RATE | HOURS | | FEES |
| G.O. Caris | $531.00 | 1.40 | $743.40 |
| L.A. Hawes | $441.00 | 0.40 | $176.40 |
| TOTALS | 1.80 | | $919.80 |

TOTAL FEES:                                              $    919.80

T O T A L   T H I S   S T A T E M E N T :                $    919.80

16

ROBB EVANS & ASSOCIATES LLC                    December 16, 2011        PAGE    2

## DESCRIPTION OF SERVICES

Asset Analysis and Recovery

| Date | Person | Description | Hours |
|------|--------|-------------|-------|
| 11/02/11 | G.O. Caris | ANALYZED E-MAIL FROM SITZER REGARDING GILMORE STIPULATION. | .10 |
| 11/02/11 | G.O. Caris | PREPARED AND SENT E-MAIL TO JOHNSON REGARDING ███████████; RECEIVED TELEPHONE CALL FROM JOHNSON REGARDING ████████ | .10 |
| 11/10/11 | G.O. Caris | REVIEWED AND REVISED PROPOSED STIPULATION WITH GILMORE BANK. | .20 |
| 11/11/11 | G.O. Caris | TELEPHONED JOHNSON REGARDING ████████████████████ | .30 |
| 11/28/11 | G.O. Caris | ANALYZED E-MAILS FROM JOHNSON REGARDING ████████ | .10 |
| 11/29/11 | G.O. Caris | ANALYZED E-MAIL FROM BENTLEY TO JOHNSON. | .10 |
| 11/30/11 | G.O. Caris | RECEIVED TELEPHONE CALL FROM JOHNSON REGARDING STIPULATION WITH GILMORE BANK. | .10 |

SUBTOTAL FOR 1                                                          1.00

Case Administration

| Date | Person | Description | Hours |
|------|--------|-------------|-------|
| 11/09/11 | G.O. Caris | ANALYZED ORDER DENYING MOTION TO DISMISS. | .10 |
| 11/16/11 | L.A. Hawes | REVIEWED COURT MINUTES/ORDER ON LATE AND IMPROPER REPLY BY C. STANLEY. | .10 |
| 11/17/11 | G.O. Caris | ANALYZED POWELL'S "REFUSAL OF ORDER FOR FRAUDULENT STATEMENTS". | .10 |
| 11/28/11 | G.O. Caris | ANALYZED DEFENDANT'S PLEADINGS ENTITLED "ABSTINENCE OF COURT'S ORDER" AND "REPLY TO ORDER." | .10 |
| 11/28/11 | G.O. Caris | ANALYZED ORDER DENYING DEFENDANT'S PLEADING ENTITLED "ABSTINENCE OF COURT'S ORDER". | .10 |

ROBB EVANS & ASSOCIATES LLC        December 16, 2011        PAGE   3

| | | | |
|---|---|---|---|
| 11/29/11 | L.A. Hawes | RECEIVED TELEPHONE CALL FROM S. BENDELL OF THE SEC REGARDING POTENTIAL SETTLEMENT WITH RECEIVER IN LIGHT OF NO COUNSEL FOR CORPORATE DEFENDANT AND NEXT STEPS TO MOVE CASE TOWARD JUDGMENT AND RESOLUTION AS TO CORPORATE ENTITY. | .20 |
| 11/30/11 | L.A. Hawes | PREPARED AND SENT E-MAIL TO B. KANE REGARDING | .10 |

SUBTOTAL FOR 4                                                     .80

| Asset Analysis and Recovery | | ( 1 ) | |
|---|---|---|---|
| G.O. Caris | 1.00 | 531.00 | $531.00 |
| TOTAL HOURS AND FEE | 1.00 | | $531.00 |

| Case Administration | | ( 4 ) | |
|---|---|---|---|
| G.O. Caris | .40 | 531.00 | $212.40 |
| L.A. Hawes | .40 | 441.00 | $176.40 |
| TOTAL HOURS AND FEE | .80 | | $388.80 |

ROBB EVANS & ASSOCIATES LLC
Attn: Mr. Brick Kane
11450 Sheldon Street
Sun Valley, CA 91352-1121



================================================================

FOR PROFESSIONAL SERVICES RENDERED through December 31, 2011
RE: CHRISTIAN STANLEY, INC.


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------------|-----------------|-------------|
| *------------------------TIME AND FEE SUMMARY-----------------------------* | | | |
| *---------TIMEKEEPER----------* | RATE | HOURS | FEES |
| G.O. Caris | $531.00 | 1.90 | $1,008.90 |
| L.A. Hawes | $441.00 | 1.50 | $661.50 |
| TOTALS | | 3.40 | $1,670.40 |


TOTAL FEES:                                              $  1,670.40

CHARGES:

    DELIVERY SERVICE/MESSENGER              9.36
    Document reproduction                   6.30
    Long Distance Charge                    0.65

TOTAL CHARGES:                                          $     16.31

T O T A L   T H I S   S T A T E M E N T:                $  1,686.71

19

ROBB EVANS & ASSOCIATES LLC ██████████████████   January 11, 2012      PAGE   2

## DESCRIPTION OF SERVICES

Asset Analysis and Recovery

| Date | Person | Description | Hours |
|------|--------|-------------|-------|
| 12/01/11 | L.A. Hawes | REVIEWED TEMPORARY RECEIVER'S REPORT WITH INFORMATION ON COMPANY THAT RECEIVED $100,000 TRANSFER OF FUNDS FOR DEMAND LETTER. | .10 |
| 12/01/11 | L.A. Hawes | ANALYZED E-MAIL FROM A. JEN ████ ████████████████████████ | .10 |
| 12/07/11 | G.O. Caris | RECEIVED TELEPHONE CALL FROM SITZER REGARDING STATUS OF STIPULATION. | .10 |
| 12/07/11 | G.O. Caris | TELEPHONED JOHNSON REGARDING ██████████████████ | .10 |
| 12/08/11 | G.O. Caris | EXCHANGED E-MAILS WITH JOHNSON REGARDING ██████████ ████ PREPARED AND SENT E-MAIL TO SITZER REGARDING SAME. | .10 |
| 12/13/11 | L.A. Hawes | RECEIVED TELEPHONE CALL FROM A. BARATA REGARDING INFORMATION CONCERNING $100,000 TRANSFERRED TO COMPANY FROM CORPORATE ENTITY FUNDS AND CLAIM FOR RECOVERY OF SAME, DOCUMENTATION CONCERNING DISPOSITION OF FUNDS TO BE PROVIDED. | .40 |
| 12/14/11 | G.O. Caris | PREPARED AND SENT E-MAIL TO SITZER REGARDING REVISED STIPULATION. | .10 |
| 12/14/11 | G.O. Caris | ANALYZED E-MAIL FROM SITZER WITH REVISED STIPULATION; PREPARED REVISIONS TO THE STIPULATION. | .20 |
| 12/14/11 | G.O. Caris | PARTICIPATED IN MULTIPLE TELEPHONE CALLS WITH JOHNSON REGARDING ████████████████████████ | .20 |
| 12/14/11 | L.A. Hawes | PREPARED AND SENT E-MAIL TO B. KANE AND A. JEN REGARDING ██████████ ████████████████████████ | .10 |

20

ROBB EVANS & ASSOCIATES LLC                  January 11, 2012          PAGE    3

| 12/15/11 | G.O. Caris | ANALYZED E-MAIL FROM SITZER WITH LATEST SET OF REVISIONS; PREPARED AND SENT E-MAIL TO JOHNSON REGARDING ████████ | .10 |
| 12/16/11 | G.O. Caris | ANALYZED E-MAIL FROM JOHNSON ████████ PREPARED AND SENT E-MAIL TO SITZER REGARDING SAME. | .10 |
| 12/20/11 | G.O. Caris | ANALYZED FINAL VERSION OF THE STIPULATION AND EXCHANGED E-MAILS WITH SITZER REGARDING FINAL REVISION TO THE STIPULATION. | .20 |
| 12/20/11 | G.O. Caris | PREPARED AND SENT E-MAIL TO DEL GRECO REGARDING STIPULATION WITH GILMORE BANK. | .20 |
| 12/21/11 | G.O. Caris | EXCHANGED E-MAILS WITH SITZER REGARDING HAVING POWELL SIGN OFF ON THE STIPULATION. | .10 |
| 12/21/11 | G.O. Caris | ANALYZED E-MAIL FROM BENDELL REGARDING REVISIONS TO STIPULATION AND SITZER'S REPLY E-MAIL. | .10 |
| 12/27/11 | G.O. Caris | EXCHANGED E-MAILS WITH SITZER REGARDING LATEST VERSION OF STIPULATION. | .10 |
| 12/27/11 | G.O. Caris | EXCHANGED E-MAILS WITH JOHNSON REGARDING ████████ | .10 |
| 12/28/11 | G.O. Caris | ANALYZED E-MAIL BETWEEN BENDELL AND SITZER REGARDING EXECUTION OF STIPULATION. | .10 |

SUBTOTAL FOR 1                                                            2.60
Case Administration

| 12/01/11 | L.A. Hawes | ANALYZED NOTICE FROM THE NINTH CIRCUIT IN POWELL APPEAL. | .10 |
| 12/01/11 | L.A. Hawes | RECEIVED TELEPHONE CALL FROM B. KANE REGARDING ████████ | .20 |

ROBB EVANS & ASSOCIATES LLC                  January 11, 2012          PAGE    4

██████████████████████

   12/12/11   L.A. Hawes          ████████████████████                        .50

SUBTOTAL FOR 4                                                                      .80

Asset Analysis and Recovery                        (  1   )
   G.O. Caris                          1.90    531.00   $1,008.90
   L.A. Hawes                           .70    441.00    $308.70

      TOTAL HOURS AND FEE          2.60             $1,317.60

Case Administration                                (  4   )
   L.A. Hawes                           .80    441.00    $352.80

      TOTAL HOURS AND FEE           .80             $352.80

ROBB EVANS & ASSOCIATES LLC
Attn: Mr. Brick Kane
11450 Sheldon Street
Sun Valley, CA 91352-1121

===================================================================

FOR PROFESSIONAL SERVICES RENDERED through January 31, 2012
RE: CHRISTIAN STANLEY, INC.

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------------|-----------------|-------------|

*-------------------------TIME AND FEE SUMMARY-------------------------------*
*----------TIMEKEEPER----------*

| | RATE | HOURS | FEES |
|------|------|-------|------|
| G.O. Caris | $531.00 | 1.30 | $690.30 |
| L.A. Hawes | $441.00 | 1.30 | $573.30 |
| TOTALS | | 2.60 | $1,263.60 |

TOTAL FEES:                                    $   1,263.60

CHARGES:

    Delivery                          18.62

TOTAL CHARGES:                                 $      18.62

T O T A L   T H I S   S T A T E M E N T :      $   1,282.22

23

ROBB EVANS & ASSOCIATES LLC                    February 21, 2012        PAGE    2

DESCRIPTION OF SERVICES

Asset Analysis and Recovery
01/03/12  L.A. Hawes          TELEPHONED A. BARATA AND LEFT                .10
                              DETAILED VOICEMAIL MESSAGE
                              REGARDING FAILURE TO PROVIDE
                              PROMISED RECORDS AND FAILURE TO
                              RESPOND TO DEMAND LETTER FOR FUNDS
                              TRANSFERRED FROM RECEIVERSHIP
                              ENTITIES.
01/11/12  G.O. Caris          ANALYZED SEC'S POSITION REGARDING           .10
                              MOTION TO TRANSFER VENUE.
01/16/12  G.O. Caris          ANALYZED E-MAIL FROM SITZER                 .10
                              REGARDING STATUS OF POWELL'S
                              EXECUTION OF STIPULATION.
01/17/12  G.O. Caris          ANALYZED POWELL'S CONSENT TO                .10
                              STIPULATION WITH GILMORE BANK.
01/19/12  G.O. Caris          PREPARED AND SENT E-MAIL TO SITZER          .10
                              REGARDING FILING OF STIPULATION AND
                              ORDER.
01/27/12  G.O. Caris          ANALYZED E-MAIL FROM SITZER                 .10
                              REGARDING STIPULATION.
01/27/12  G.O. Caris          EXCHANGED E-MAILS WITH SITZER               .10
                              REGARDING STIPULATION.
01/30/12  G.O. Caris          PREPARED ORDER APPROVING                    .30
                              STIPULATION WITH GILMORE BANK.
01/30/12  G.O. Caris          PREPARED AND SENT E-MAIL TO SITZER          .10
                              REGARDING ORDER APPROVING
                              STIPULATION.

SUBTOTAL FOR 1                                                           1.10
Asset Disposition
01/18/12  L.A. Hawes          ANALYZED PROPOSED STIPULATION WITH          .10
                              GILMORE BANK REGARDING SALE OF
                              VEHICLES AND REMITTANCE OF MINIMUM
                              PROCEEDS TO RECEIVERSHIP ESTATE.
01/19/12  L.A. Hawes          REVIEWED STIPULATION AND PROPOSED           .10
                              ORDER AND FILING PROCEDURES FOR
                              AGREEMENT WITH GILMORE BANK ON SALE
                              OF VEHICLES.

ROBB EVANS & ASSOCIATES LLC                    February 21, 2012          PAGE   3

```
SUBTOTAL FOR 2                                                              .20
Case Administration
     01/05/12   L.A. Hawes      ANALYZED OPPOSITION TO MOTION TO           .10
                                COMPEL DEFENDANT TO ANSWER AND
                                ISSUES RAISED THEREBY.
     01/10/12   L.A. Hawes      ANALYZED ORDER DISMISSING APPEAL,          .10
                                IMPLICATIONS FOR DEFENDANTS'
                                DEFENSE OF ACTION AND STATUS OF ANY
                                RULING ON MOTION TO COMPEL ANSWER
                                BY DEFENDANT C. POWELL.
     01/11/12   L.A. Hawes      RECEIVED TELEPHONE CALL FROM S.            .20
                                BENDELL REGARDING CHANGE OF VENUE
                                MOTION, RECEIVER'S POSITION, MEET
                                AND CONFER, DEFAULT OF CORPORATE
                                ENTITIES, AND STATUS OF JANUARY
                                HEARING AND ANSWERS.
     01/11/12   L.A. Hawes      ANALYZED STRATEGIES FOR CASE,             .10
                                FOLLOW UP NEEDED ON VEHICLES AND
                                SEC POSITION ON MOTION TO CHANGE
                                VENUE.
     01/13/12   G.O. Caris      ANALYZED MINUTE ORDER COMPELLING          .10
                                DEFENDANT TO ANSWER COMPLAINT.
     01/13/12   G.O. Caris      PREPARED AND SENT E-MAIL TO SITZER        .10
                                REGARDING STIPULATION.
     01/13/12   L.A. Hawes      ANALYZED MINUTE ORDER FROM COURT          .10
                                DIRECTING ANSWER TO LAWSUIT AND
                                DIRECTING SEC TO TAKE DEFAULTS OF
                                DEFENDANTS IF NO ANSWERS ARE FILED.
     01/17/12   L.A. Hawes      TELEPHONED B. KANE REGARDING              .10

     01/19/12   G.O. Caris      ANALYZED MINUTE ORDER REGARDING           .10
                                MOTION TO STRIKE.
     01/31/12   L.A. Hawes      ANALYZED ANSWER BY D. POWELL TO SEC       .30
                                COMPLAINT AND IMPLICATIONS FOR
                                STATUS OF RECEIVERSHIP DEFENDANTS.

SUBTOTAL FOR 4                                                            1.30

Asset Analysis and Recovery                          (  1    )
     G.O. Caris                              1.00    531.00    $531.00
     L.A. Hawes                              .10     441.00     $44.10
```

25

ROBB EVANS & ASSOCIATES LLC                February 21, 2012          PAGE    4

███████████████████████

|                                  |       |        |          |
|----------------------------------|-------|--------|----------|
| TOTAL HOURS AND FEE              | 1.10  |        | $575.10  |
| Asset Disposition                |       | ( 2  ) |          |
| L.A. Hawes                       | .20   | 441.00 | $88.20   |
| TOTAL HOURS AND FEE              | .20   |        | $88.20   |
| Case Administration              |       | ( 4  ) |          |
| G.O. Caris                       | .30   | 531.00 | $159.30  |
| L.A. Hawes                       | 1.00  | 441.00 | $441.00  |
| TOTAL HOURS AND FEE              | 1.30  |        | $600.30  |

ROBB EVANS & ASSOCIATES LLC
Attn: Mr. Brick Kane
11450 Sheldon Street
Sun Valley, CA 91352-1121



```
==================================================================
```

FOR PROFESSIONAL SERVICES RENDERED through February 29, 2012
RE: CHRISTIAN STANLEY, INC.


\* \* \* \* \* \* \* \* \* \* \* SUMMARY OF ACTIVITY \* \* \* \* \* \* \* \* \* \* \* \* \*

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------|-----------------|-------------|

```
*------------------------TIME AND FEE SUMMARY---------------------------------*
*----------TIMEKEEPER----------*    RATE      HOURS                    FEES
```

|  | RATE | HOURS | FEES |
|------|------|-------|------|
| G.O. Caris | $531.00 | 0.10 | $53.10 |
| L.A. Hawes | $441.00 | 0.50 | $220.50 |
| TOTALS |  | 0.60 | $273.60 |


TOTAL FEES:                                         $    273.60

T O T A L   T H I S   S T A T E M E N T:           $    273.60

27

ROBB EVANS & ASSOCIATES LLC                    March 25, 2012          .    PAGE    2

## DESCRIPTION OF SERVICES

Asset Analysis and Recovery
 02/02/12  G.O. Caris        ANALYZED ORDER APPROVING                    .10
                            STIPULATION; PREPARED AND SENT
                            E-MAIL TO SITZER REGARDING SAME AND
                            EXCHANGED E-MAILS WITH JOHNSON
                            REGARDING ▮▮▮▮▮▮

SUBTOTAL FOR 1                                                          .10
Case Administration
 02/09/12  L.A. Hawes        ANALYZED SEC'S REQUEST TO ENTER             .10
                            DEFAULTS OF THE CORPORATE
                            DEFENDANTS AND ANTICIPATED NEXT
                            STEPS IN MOVING CASE TO CONCLUSION.
 02/09/12  L.A. Hawes        PREPARED AND SENT E-MAIL TO B. KANE         .10
                            REGARDING ▮▮▮▮▮▮▮▮▮

 02/13/12  L.A. Hawes        ANALYZED MULTIPLE FILINGS BY               .10
                            DEFENDANT D. POWELL INCLUDING
                            MOTION TO TRANSFER VENUE AND MOTION
                            TO VACATE PRELIMINARY INJUNCTION
                            ORDER.
 02/17/12  L.A. Hawes        ANALYZED DEFENDANT'S MOTION TO             .20
                            TRANSFER VENUE.

SUBTOTAL FOR 4                                                          .50

Asset Analysis and Recovery                      (  1    )
     G.O. Caris                      .10     531.00      $53.10

          TOTAL HOURS AND FEE        .10                $53.10

Case Administration                              (  4    )
     L.A. Hawes                      .50     441.00     $220.50

          TOTAL HOURS AND FEE        .50                $220.50

ROBB EVANS & ASSOCIATES LLC
Attn: Mr. Brick Kane
11450 Sheldon Street
Sun Valley, CA 91352-1121

===================================================================

FOR PROFESSIONAL SERVICES RENDERED through March 31, 2012
RE: CHRISTIAN STANLEY, INC.


* * * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|------|------|------|

*------------------------TIME AND FEE SUMMARY--------------------------------*
*----------TIMEKEEPER----------*

| | RATE | HOURS | FEES |
|------|------|------|------|
| G.O. Caris | $531.00 | 0.10 | $53.10 |
| TOTALS | | 0.10 | $53.10 |


TOTAL FEES:                                              $     53.10

T O T A L   T H I S   S T A T E M E N T :               $     53.10

29

ROBB EVANS & ASSOCIATES LLC                     April 19, 2012              PAGE    2

DESCRIPTION OF SERVICES

Asset Analysis and Recovery
    03/27/12  G.O. Caris          ANALYZED LETTER FROM BENTLEY TO LEE          .10
                                  WITH CHECK FOR $10,465.07 AND
                                  ATTACHMENTS; TELEPHONED LEE
                                  REGARDING ███████████

SUBTOTAL FOR 1                                                                .10

Asset Analysis and Recovery                        (  1   )
        G.O. Caris                   .10    531.00      $53.10

        TOTAL HOURS AND FEE          .10               $53.10

```
ROBB EVANS & ASSOCIATES LLC
Attn: Mr. Brick Kane
11450 Sheldon Street
Sun Valley, CA 91352-1121
```



```
==================================================================

    FOR PROFESSIONAL SERVICES RENDERED through April 30, 2012
    RE: CHRISTIAN STANLEY, INC.


* * * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

                              Hours          Billed              Bill
    Name                      Worked        Per Hour            Amount
    -------------------      --------       ---------        ------------
*------------------------TIME AND FEE SUMMARY----------------------------*
*---------TIMEKEEPER---------*      RATE       HOURS                 FEES
    G.O. Caris                    $531.00      0.10              $53.10
    L.A. Hawes                    $441.00      0.20              $88.20


                    TOTALS                     0.30              $141.30



TOTAL FEES:                                              $     141.30


T O T A L   T H I S   S T A T E M E N T :               $     141.30
```

31

ROBB EVANS & ASSOCIATES LLC                    May 21, 2012                    PAGE    2

████████████████████████

DESCRIPTION OF SERVICES

Case Administration
    04/04/12  L.A. Hawes        ANALYZED SERIES OF MULTIPLE ORDERS          .10
                               DENYING DEFENDANTS' VARIOUS EX
                               PARTE APPLICATIONS AND MOTIONS.
    04/25/12  L.A. Hawes        REVIEWED INITIAL DISCLOSURES AND           .10
                               RELATED DOCUMENTS BY SEC AND
                               WITNESSES INCLUDED FROM RECEIVER'S
                               OFFICE.
    04/25/12  G.O. Caris        ANALYZED INITIAL DISCLOSURES OF THE        .10
                               SEC AND PREPARED AND SENT E-MAIL TO
                               CLIENTS REGARDING ████████████

SUBTOTAL FOR 4                                                             .30

Case Administration                              (  4    )
    G.O. Caris                         .10      531.00      $53.10
    L.A. Hawes                         .20      441.00      $88.20

        TOTAL HOURS AND FEE            .30                 $141.30

32

ROBB EVANS & ASSOCIATES LLC
Attn: Mr. Brick Kane
11450 Sheldon Street
Sun Valley, CA 91352-1121



========================================================================

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2012
RE: CHRISTIAN STANLEY, INC.


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------------|-----------------|-------------|
| *----------------------TIME AND FEE SUMMARY----------------------------* | | | |
| *---------TIMEKEEPER----------* RATE | HOURS | | FEES |
| G.O. Caris | $531.00 | 0.60 | $318.60 |
| L.A. Hawes | $441.00 | 0.10 | $44.10 |
| TOTALS | | 0.70 | $362.70 |


TOTAL FEES:                                        $    362.70


T O T A L   T H I S   S T A T E M E N T :          $    362.70

ROBB EVANS & ASSOCIATES LLC                    June 12, 2012                    PAGE    2

## DESCRIPTION OF SERVICES

Case Administration
| | | | |
|---|---|---|---|
| 05/04/12 | G.O. Caris | ANALYZED SEC'S DEPOSITION NOTICE. | .10 |
| 05/07/12 | G.O. Caris | ANALYZED MOTION TO DISQUALIFY COUNSEL. | .10 |
| 05/07/12 | G.O. Caris | ANALYZED REPORT OF PARTIES' PLANNING MEETING. | .10 |
| 05/07/12 | L.A. Hawes | ANALYZED MOTION FILED BY D. POWELL TO DISQUALIFY SEC COUNSEL AND ANY IMPLICATIONS FOR RECEIVERSHIP. | .10 |
| 05/22/12 | G.O. Caris | ANALYZED SEC'S OPPOSITION TO MOTION TO DISQUALIFY. | .10 |
| 05/23/12 | G.O. Caris | ANALYZED REPLY TO OPPOSITION TO MOTION TO DISQUALIFY AND SUPPORTING DECLARATION. | .10 |
| 05/24/12 | G.O. Caris | ANALYZED SCHEDULING ORDER. | .10 |

SUBTOTAL FOR 4                                                                  .70

Case Administration                              (   4   )
| | | | |
|---|---|---|---|
| G.O. Caris | .60 | 531.00 | $318.60 |
| L.A. Hawes | .10 | 441.00 | $44.10 |

          TOTAL HOURS AND FEE         .70              $362.70

ROBB EVANS & ASSOCIATES LLC
Attn: Mr. Brick Kane
11450 Sheldon Street
Sun Valley, CA 91352-1121

===================================================================

FOR PROFESSIONAL SERVICES RENDERED through June 30, 2012
RE: CHRISTIAN STANLEY, INC.


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|------|------|------|
| *------------------------TIME AND FEE SUMMARY-----------------------------* | | | |
| *---------TIMEKEEPER----------* | RATE | HOURS | FEES |
| G.O. Caris | $531.00 | 0.20 | $106.20 |
| TOTALS | | 0.20 | $106.20 |


TOTAL FEES:                                          $    106.20

CHARGES:

    Document reproduction              12.60

TOTAL CHARGES:                                       $     12.60

T O T A L  T H I S  S T A T E M E N T:               $    118.80

ROBB EVANS & ASSOCIATES LLC                 July 24, 2012              PAGE   2

## DESCRIPTION OF SERVICES

Case Administration
  06/04/12  G.O. Caris        ANALYZED MINUTE ORDER DENYING              .10
                              MOTION TO DISQUALIFY.
  06/08/12  G.O. Caris        ANALYZED E-MAIL FROM POWELL TO             .10
                              BENDELL.

SUBTOTAL FOR 4                                                          .20

Case Administration                              (  4   )
    G.O. Caris                          .20    531.00      $106.20

        TOTAL HOURS AND FEE             .20                $106.20

ROBB EVANS & ASSOCIATES LLC
Attn: Mr. Brick Kane
11450 Sheldon Street
Sun Valley, CA 91352-1121



======================================================================

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2012
RE: CHRISTIAN STANLEY, INC.


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|------|------|------|
| *------------------------TIME AND FEE SUMMARY------------------------* | | | |
| *---------TIMEKEEPER---------* | RATE | HOURS | FEES |
| G.O. Caris | $531.00 | 0.10 | $53.10 |
| | | | |
| TOTALS | | 0.10 | $53.10 |


TOTAL FEES:                                              $    53.10

CHARGES:

    Document reproduction                    3.90

TOTAL CHARGES:                                           $     3.90

T O T A L   T H I S   S T A T E M E N T:                 $    57.00


37

ROBB EVANS & ASSOCIATES LLC                August 23, 2012              PAGE    2

## DESCRIPTION OF SERVICES

Case Administration
  07/02/12  G.O. Caris          BRIEFLY REVIEWED VARIOUS DISCOVERY          .10
                                AND MOTION TO COMPEL FILED BY SEC
                                OVER THE LAST TWO WEEKS.

SUBTOTAL FOR 4                                                             .10

Case Administration                           (   4    )
      G.O. Caris                    .10    531.00      $53.10

         TOTAL HOURS AND FEE        .10               $53.10

ROBB EVANS & ASSOCIATES LLC
Attn: Mr. Brick Kane
11450 Sheldon Street
Sun Valley, CA 91352-1121



================================================================

FOR PROFESSIONAL SERVICES RENDERED through September 30, 2012
RE: CHRISTIAN STANLEY, INC.

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| *-----------------------TIME AND FEE SUMMARY------------------------------* | | | |
| *----------TIMEKEEPER----------* | RATE | HOURS | FEES |
| G.O. Caris | $531.00 | 0.10 | $53.10 |
| L.A. Hawes | $441.00 | 0.30 | $132.30 |
| TOTALS | | 0.40 | $185.40 |

TOTAL FEES:                                        $    185.40

T O T A L   T H I S   S T A T E M E N T :          $    185.40

39

ROBB EVANS & ASSOCIATES LLC                    October 16, 2012              PAGE    2

## DESCRIPTION OF SERVICES

Case Administration
   09/06/12  G.O. Caris      ANALYZED MINUTE ORDER GRANTING STAY          .10
                            MOTION BROUGHT BY THE US GOVERNMENT.
   09/25/12  L.A. Hawes      ANALYZED FILINGS AND EMERGENCY               .20
                            MOTION CONCERNING D. POWELL APPEAL
PREPARED AND SENT E-MAIL TO  TO REVIEW BASED ON CALL FROM NINTH
                            CIRCUIT STAFF ATTORNEY TO CONFIRM
                            RECEIVER TAKES NO POSITION ON SAME
                            AND PREM B. KANE

   09/25/12  L.A. Hawes      RECEIVED TELEPHONE CALL FROM RACHEL          .10
                            JONES, STAFF ATTORNEY AT NINTH
                            CIRCUIT, REGARDING ACTIVITIES IN
                            APPEAL BY D. POWELL AND MOTION
                            FILED BUT NOT SERVED ON US.

SUBTOTAL FOR 4                                                           .40

Case Administration                        (   4    )
   G.O. Caris                      .10    531.00      $53.10
   L.A. Hawes                      .30    441.00     $132.30

        TOTAL HOURS AND FEE        .40               $185.40

ROBB EVANS & ASSOCIATES LLC
Attn: Mr. Brick Kane
11450 Sheldon Street
Sun Valley, CA 91352-1121



===============================================================

    FOR PROFESSIONAL SERVICES RENDERED through October 31, 2012
    RE: CHRISTIAN STANLEY, INC.

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|------|------|------|

*------------------------TIME AND FEE SUMMARY---------------------------------*
*----------TIMEKEEPER----------*

| TIMEKEEPER | RATE | HOURS | FEES |
|------|------|------|------|
| L.A. Hawes | $441.00 | 0.10 | $44.10 |
| TOTALS | | 0.10 | $44.10 |

TOTAL FEES:                                            $    44.10

CHARGES:

    PACER SEARCHES                         1.90

TOTAL CHARGES:                                         $     1.90

T O T A L   T H I S   S T A T E M E N T :              $    46.00

41

ROBB EVANS & ASSOCIATES LLC                November 10, 2012           PAGE    2

## DESCRIPTION OF SERVICES

Case Administration
  10/05/12  L.A. Hawes            ANALYZED NINTH CIRCUIT ORDER                .10
                                    DENYING MOTION FOR STAY PENDING
                                    APPEAL AND SETTING BRIEFING
                                    SCHEDULE ON APPEAL.

SUBTOTAL FOR 4                                                                         .10

Case Administration                                ( 4    )
  L.A. Hawes                         .10    441.00      $44.10

    TOTAL HOURS AND FEE              .10                $44.10

ROBB EVANS & ASSOCIATES LLC
Attn: Mr. Brick Kane
11450 Sheldon Street
Sun Valley, CA 91352-1121



==================================================================

FOR PROFESSIONAL SERVICES RENDERED through February 28, 2013
RE: CHRISTIAN STANLEY, INC.

CHARGES:

    Document reproduction                112.95

TOTAL CHARGES:                                       $     112.95

T O T A L   T H I S   S T A T E M E N T:             $     112.95

ROBB EVANS & ASSOCIATES LLC                    March 12, 2013          PAGE    2

ROBB EVANS & ASSOCIATES LLC
Attn: Mr. Brick Kane
11450 Sheldon Street
Sun Valley, CA 91352-1121



```
================================================================================

      FOR PROFESSIONAL SERVICES RENDERED through April 30, 2013
      RE: CHRISTIAN STANLEY, INC.


* * * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * * *

                              Hours        Billed              Bill
      Name                    Worked      Per Hour            Amount
      --------------------    --------    --------         -----------
*-----------------------TIME AND FEE SUMMARY----------------------------------*
*---------TIMEKEEPER---------*   RATE      HOURS                 FEES
      L.A. Hawes              $441.00      0.10               $44.10


                    TOTALS                 0.10               $44.10



TOTAL FEES:                                         $      44.10


T O T A L   T H I S   S T A T E M E N T :           $      44.10
```

ROBB EVANS & ASSOCIATES LLC                    May 16, 2013                    PAGE   2

██████████████████████████

## DESCRIPTION OF SERVICES

Case Administration
   04/01/13   L.A. Hawes           ANALYZED ORDER ADMINISTRATIVELY                    .10
                                   CLOSING SEC CASE AND STAY PENDING
                                   CRIMINAL PROCEEDINGS.

SUBTOTAL FOR 4                                                                        .10

Case Administration                              (  4    )
       L.A. Hawes                        .10    441.00    $44.10

          TOTAL HOURS AND FEE            .10             $44.10

46

ROBB EVANS & ASSOCIATES LLC
Attn: Mr. Brick Kane
11450 Sheldon Street
Sun Valley, CA 91352-1121



=================================================================

FOR PROFESSIONAL SERVICES RENDERED through November 30, 2014
RE: CHRISTIAN STANLEY, INC.


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------|-----------------|-------------|
| *------------------------TIME AND FEE SUMMARY------------------------------* | | | |
| *----------TIMEKEEPER----------* RATE | HOURS | | FEES |
| L.A. Hawes                     $441.00 | 0.10 | | $44.10 |
| TOTALS | 0.10 | | $44.10 |


TOTAL FEES:                                        $    44.10

T O T A L  T H I S  S T A T E M E N T:             $    44.10

47

ROBB EVANS & ASSOCIATES LLC                December 6, 2014          PAGE   2

## DESCRIPTION OF SERVICES

Case Administration
  11/13/14   L.A. Hawes          ANALYZED D. POWELL CONVICTION.                          .10

SUBTOTAL FOR 4                                                                                    .10

Case Administration                                    (  4     )
  L.A. Hawes                                .10    441.00      $44.10

     TOTAL HOURS AND FEE                  .10                $44.10

ROBB EVANS & ASSOCIATES LLC
Attn: Mr. Brick Kane
11450 Sheldon Street
Sun Valley, CA 91352-1121



================================================================

FOR PROFESSIONAL SERVICES RENDERED through February 28, 2015
RE: CHRISTIAN STANLEY, INC.


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|------|------|------|
| *------------------------TIME AND FEE SUMMARY------------------------------* | | | |
| *---------TIMEKEEPER----------* | RATE | HOURS | FEES |
| L.A. Hawes | $441.00 | 0.10 | $44.10 |
| TOTALS | | 0.10 | $44.10 |


TOTAL FEES:                                  $     44.10

T O T A L   T H I S   S T A T E M E N T:     $     44.10


49

ROBB EVANS & ASSOCIATES LLC                  March 12, 2015              PAGE   2

## DESCRIPTION OF SERVICES

Case Administration
    02/20/15  L.A. Hawes        ANALYZED FILES FOR FILING OF WIND                .10
                                UP MOTION AND FEE APPROVAL.

SUBTOTAL FOR 4                                                                   .10

Case Administration                                   (  4     )
    L.A. Hawes                              .10    441.00.     $44.10

        TOTAL HOURS AND FEE                 .10                $44.10

ROBB EVANS & ASSOCIATES LLC
Attn: Mr. Brick Kane
11450 Sheldon Street
Sun Valley, CA 91352-1121



=================================================================

FOR PROFESSIONAL SERVICES RENDERED through March 31, 2015
RE: CHRISTIAN STANLEY, INC.


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

```
                              Hours          Billed              Bill
  Name                        Worked         Per Hour            Amount
  ---------------------       --------       ---------           ------------
*------------------------TIME AND FEE SUMMARY-----------------------------------*
*----------TIMEKEEPER----------*    RATE        HOURS                 FEES
  L.A. Hawes                     $441.00         0.10                $44.10


            TOTALS                               0.10                $44.10



TOTAL FEES:                                               $      44.10


T O T A L   T H I S   S T A T E M E N T:                  $      44.10
```

51

ROBB EVANS & ASSOCIATES LLC                    April 9, 2015              PAGE    2

███████████████████████████████

### DESCRIPTION OF SERVICES

Case Administration
  03/26/15  L.A. Hawes        RECEIVED TELEPHONE CALL FROM A. JEN         .10
                              REGARDING ████████████████████████

SUBTOTAL FOR 4                                                           .10

Case Administration                              (  4    )
        L.A. Hawes                       .10    441.00      $44.10

        TOTAL HOURS AND FEE              .10                $44.10

ROBB EVANS & ASSOCIATES LLC
Attn: Mr. Brick Kane
11450 Sheldon Street
Sun Valley, CA 91352-1121



================================================================

    FOR PROFESSIONAL SERVICES RENDERED through June 30, 2015
    RE: CHRISTIAN STANLEY, INC.

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------------|-----------------|-------------|

*------------------------TIME AND FEE SUMMARY------------------------------------*
*----------TIMEKEEPER----------*

| | RATE | HOURS | FEES |
|------|------|-------|------|
| G.O. Caris | $531.00 | 0.30 | $159.30 |
| L.A. Hawes | $441.00 | 0.20 | $88.20 |
| TOTALS | | 0.50 | $247.50 |

TOTAL FEES:                                $   247.50

T O T A L   T H I S   S T A T E M E N T:    $   247.50

53

ROBB EVANS & ASSOCIATES LLC                  July 15, 2015              PAGE    2

## DESCRIPTION OF SERVICES

Case Administration
| | | | |
|---|---|---|---|
| 06/23/15 | L.A. Hawes | ANALYZED GOVERNMENT'S NOTICE OF STATUS OF CRIMINAL ACTION AND THAT CRIMINAL CASE IS FULLY RESOLVED WITH NO APPEAL. | .10 |
| 06/23/15 | G.O. Caris | ANALYZED GOVERNMENT'S NOTICE CONCERNING STATUS OF RELATED CRIMINAL CASE. | .10 |
| 06/26/15 | G.O. Caris | ANALYZED ORDER RE SUMMARY JUDGMENT MOTIONS. | .10 |
| 06/26/15 | L.A. Hawes | ANALYZED ORDER REMOVING STAY AND CASE IMPLICATIONS FOR RECEIVERSHIP. | .10 |
| 06/29/15 | G.O. Caris | ANALYZED MINUTE ORDER VACATING STAY. | .10 |

SUBTOTAL FOR 4                                                              .50

Case Administration                                    (  4    )
| | | | |
|---|---|---|---|
| G.O. Caris | | .30 | 531.00 | $159.30 |
| L.A. Hawes | | .20 | 441.00 | $88.20 |

TOTAL HOURS AND FEE              .50                    $247.50

1

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 300 South Grand Avenue, 14th Floor, Los Angeles, CA 90071.

On January 19, 2016, I served the **DECLARATION OF GARY OWEN CARIS IN SUPPORT OF MOTION FOR ORDER: (1) APPROVING FINAL REPORT AND ACCOUNTING; (2)  APPROVING RECEIVER'S AND COUNSEL'S FEES AND EXPENSES FROM INCEPTION THROUGH CLOSING; (3) DISCHARGING RECEIVER; (4) RELIEVING RECEIVER OF ALL DUTIES AND LIABILITIES; (5) AUTHORIZING ABANDONMENT AND DESTRUCTION OF RECORDS; (6) GRANTING RELIEF FROM NOTICE UNDER LOCAL RULE 66-7; AND (7) FOR RELATED RELIEF** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  Executed on January 19, 2016, at Los Angeles, California.

_____  */s/ Christina O'Meara*

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
LOS ANGELES

-3-

55

**SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

- **Spencer E Bendell**
  bendells@sec.gov,LAROFiling@sec.gov,marcelom@sec.gov
- **Gary O Caris**
  gary.caris@dentons.com,chris.omeara@dentons.com
- **Peter F Del Greco**
  delgrecop@sec.gov,LAROFiling@sec.gov,kassabguir@sec.gov
- **Stephen I Goorvitch**
  usacac.criminal@usdoj.gov
- **Lesley Anne Fleetwood Hawes**
  lesley.hawes@dentons.com,chris.omeara@dentons.com
- **Lucee S Kirka**
  kirkal@sec.gov,chattoop@sec.gov
- **David J Van Havermaat**
  vanhavermaatd@sec.gov,LAROFiling@sec.gov,berryj@sec.gov,irwinma@sec.gov

**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with Dentons US LLP's practice for collecting and processing correspondence for mailing.  On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

Cedric Carter
8408 Thornbury Drive
Antelope, CA 95843

Daniel C S Powell
3035 Marmil Avenue
San Diego, CA 92139

Daniel Christian Powell  #64410-112
TAFT
Correctional Institution
P.O. Box 7001
Taft, CA  93268

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

-4-

56