# EXHIBIT 1

# EXHIBIT 1

ROBB EVANS ASSOCIATES LLC
Receiver of
Christian Stanley Inc., et al.
Receiver Administration Expenses
From Inception(September 1, 2011) to Closing

| | Dec 31, 11 | Dec 31, 12 | Dec 31, 13 | Dec 31, 14 | Sep 30, 15 | Estimate to Close | TOTAL |
|---|---|---|---|---|---|---|---|
| Proceeds from Vehicle Sale | 0.00 | 10,465.07 | 0.00 | 0.00 | 0.00 | 0.00 | 10,465.07 |
| Bank of America Funds | 35,684.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35,684.05 |
| Total Funds Collected | 35,684.05 | 10,465.07 | 0.00 | 0.00 | 0.00 | 0.00 | 46,149.12 |
| **Expenses** | | | | | | | |
| **Receiver Fees & Costs** | | | | | | | |
| Receiver Fees | | | | | | | |
| Legal Activity | | | | | | | |
| Claims Administration/Objection | | | | | | | |
| C. Callahan | 1,192.50 | 877.50 | 0.00 | 0.00 | 0.00 | 0.00 | 2,070.00 |
| Total Claims Administration/Objection | 1,192.50 | 877.50 | 0.00 | 0.00 | 0.00 | 0.00 | 2,070.00 |
| Case Administration | | | | | | | |
| B. Kane | 8,984.70 | 361.80 | 0.00 | 8,954.55 | 0.00 | 301.50 | 18,602.55 |
| K. Johnson | 5,879.25 | 90.45 | 0.00 | 0.00 | 0.00 | 0.00 | 5,969.70 |
| V. Miller | 1,537.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,537.65 |
| A. Jen | 3,829.05 | 241.20 | 0.00 | 0.00 | 0.00 | 1,507.50 | 5,577.75 |
| F. Jen | 2,200.95 | 120.60 | 0.00 | 0.00 | 0.00 | 0.00 | 2,321.55 |
| Total Case Administration | 22,431.60 | 814.05 | 0.00 | 8,954.55 | 0.00 | 1,809.00 | 34,009.20 |
| Asset Analysis and Recovery | | | | | | | |
| L. Lee | 0.00 | 90.45 | 0.00 | 0.00 | 0.00 | 0.00 | 90.45 |
| B. Kane | 211.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 211.05 |
| K. Johnson | 0.00 | 211.05 | 0.00 | 0.00 | 0.00 | 0.00 | 211.05 |
| Total Asset Analysis and Recovery | 211.05 | 301.50 | 0.00 | 0.00 | 0.00 | 0.00 | 512.55 |
| Total Legal Activity | 23,835.15 | 1,993.05 | 0.00 | 8,954.55 | 0.00 | 1,809.00 | 36,591.75 |
| Financial Activity | | | | | | | |
| Tax Issues | | | | | | | |
| C. DeCius | 0.00 | 18.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18.00 |
| A. Jen | 0.00 | 301.50 | 0.00 | 0.00 | 0.00 | 0.00 | 301.50 |
| Total Tax Issues | 0.00 | 319.50 | 0.00 | 0.00 | 0.00 | 0.00 | 319.50 |
| Accounting and Auditing | | | | | | | |
| A. Jen | 30.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30.15 |
| L. Lee | 5,457.15 | 120.60 | 0.00 | 0.00 | 0.00 | 0.00 | 5,577.75 |
| C. DeCius | 144.00 | 189.00 | 0.00 | 0.00 | 0.00 | 0.00 | 333.00 |
| Total Accounting and Auditing | 5,631.30 | 309.60 | 0.00 | 0.00 | 0.00 | 0.00 | 5,940.90 |

ROBB EVANS ASSOCIATES LLC
Receiver of
Christian Stanley Inc., et al.
**Receiver Administration Expenses**
From Inception(September 1, 2011) to Closing

| | Dec 31, 11 | Dec 31, 12 | Dec 31, 13 | Dec 31, 14 | Sep 30, 15 | Estimate to Close | TOTAL |
|---|---|---|---|---|---|---|---|
| Data Analysis | | | | | | | |
| B. Kane | 241.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 241.20 |
| K. Chapin | 1,657.50 | 0.00 | 0.00 | 0.00 | 0.00 | 22.18 | 1,679.68 |
| Total Data Analysis | 1,898.70 | 0.00 | 0.00 | 0.00 | 0.00 | 22.18 | 1,920.88 |
| Forensic Accounting | | | | | | | |
| F. Jen | 5,035.05 | 0.00 | 0.00 | 0.00 | 0.00 | 5,035.05 | 10,070.10 |
| Total Forensic Accounting | 5,035.05 | 0.00 | 0.00 | 0.00 | 0.00 | 5,035.05 | 10,070.10 |
| Total Financial Activity | 12,565.05 | 629.10 | 0.00 | 0.00 | 0.00 | 5,057.23 | 18,251.38 |
| Total Receiver Fees | 36,400.20 | 2,622.15 | 0.00 | 8,954.55 | 0.00 | 6,866.23 | 54,843.13 |
| Receiver Costs | | | | | | | |
| Website Support | 0.00 | 0.00 | 0.00 | 17.74 | 0.00 | 0.00 | 17.74 |
| Tax Return Preparation | 0.00 | 8,608.79 | 3,062.90 | 1,482.41 | 3,010.40 | 1,500.00 | 17,664.50 |
| Corporate Taxes | 0.00 | 0.00 | 1,624.00 | 800.00 | 800.00 | 0.00 | 3,224.00 |
| Subpoena Document Charges | 39.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 39.39 |
| Investigative Search Costs | 180.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 180.30 |
| Office Telephone & Supplies | 1.66 | 0.00 | 0.00 | 279.23 | 0.00 | 0.00 | 280.89 |
| Record Destruction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 125.00 | 125.00 |
| Postage & Delivery | 112.68 | 62.22 | 44.34 | 14.78 | 17.32 | 50.00 | 301.34 |
| Total Receiver Costs | 334.03 | 8,671.01 | 4,731.24 | 2,594.16 | 3,827.72 | 1,675.00 | 21,833.16 |
| Legal Fees & Costs | | | | | | | |
| Dentons US LLP | | | | | | | |
| Legal Costs | 193.87 | 37.02 | 112.95 | 0.00 | 0.00 | 500.00 | 843.84 |
| Legal Fees | 6,912.90 | 2,483.10 | 44.10 | 44.10 | 335.70 | 9,500.00 | 19,319.90 |
| Total Dentons US LLP | 7,106.77 | 2,520.12 | 157.05 | 44.10 | 335.70 | 10,000.00 | 20,163.74 |
| Total Legal Fees & Costs | 7,106.77 | 2,520.12 | 157.05 | 44.10 | 335.70 | 10,000.00 | 20,163.74 |
| Total Receiver Fees & Costs | 43,841.00 | 13,813.28 | 4,888.29 | 11,592.81 | 4,163.42 | 18,541.23 | 96,840.03 |
| Total Expenses | 43,841.00 | 13,813.28 | 4,888.29 | 11,592.81 | 4,163.42 | 18,541.23 | 96,840.03 |
| Fund Balance | | | | | | | (50,690.91) |

Page 2 of 2

14