E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-7147 GHK (MANx) | Date | February 16, 2016 |
|---|---|---|---|
| Title | SECURITIES AND EXCHANGE COMMISSION   v.  CHRISTIAN STANLEY, INC., et al | | |

**Presiding: The Honorable**  GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE

| Beatrice Herrera | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

NONE   NONE

**Proceedings:**   **(IN CHAMBERS)**   **ORDER**

On the court's own motion, Plaintiff's Motion for Summary Judgment Against Defendant Daniel Christian Stanley Powell **[201]**, and Plaintiff's Motion for Approval of Final Report and Accounting; Approving Receiver's and Counsel's Fees and Expenses; Discharging Receiver; Relieving Receiver of All Duties and Liabilities; Authorizing Abandonment and Destruction of Records; and Granting Relief Under Local Rule 66-7 **[204]**, noticed for hearing on FEBRUARY 22, 2016, are **TAKEN OFF CALENDAR** and will be taken UNDER SUBMISSION without oral argument on that date pursuant to Local Rule 7-15.  No appearance by counsel shall be necessary.  The hearing date is vacated.  Further briefing, if any, shall be filed in accordance with Local Rules as if the noticed hearing date had not been vacated.

**IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Preparer | | Bea |